UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-12317WGY

AMERICAN TOWER CORPORATION,

    Plaintiff,

v.

J.L.B. CONSTRUCTION, INC., 21st CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTING TECHNOLOGY, INC., and GULF COAST STEEPLEJACK,

    Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, 21st Capital Corporation, in the above-entitled action.

By its attorneys,

_____
Henry N. Goldberg
ARNOWITZ & GOLDBERG
1208 V.F.W. Parkway, Suite 203
Boston, MA 02132
(617) 323-3900
BBO # 197520