AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

American Tower Corporation,
　Plaintiff,

V.

Global Tower Service,
　et. al.,

　Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-12317WGY

TO: (Name and address of Defendant)

Global Tower Service
810 34th Avenue
Moline, IL 61265

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  11/1/2004

## AFFIDAVIT OF SERVICE

### United States District Court District Of Massachusetts

I declare and certify under oath that I received documents filed in the United States District Court District Of Massachusetts captioned:

American Tower Corporation, Plaintiff,

v.                                                                 Case Number: 04-12317WGY

Global Towers Service; et al., Defendants.

The legal document(s) were entitled:

1. Summons In A Civil Action
2. Plaintiff's Emergency Motion To Allow Funds To Be Deposited In The Registry Of The Court And For Preliminary Injunction
3. Notice Of Hearing
4. Civil Cover Sheet
5. Complaint
6. Exhibits 1 & 2
7. Plaintiff's Emergency Motion To Allow Funds To Be Deposited In The Registry Of The Court And For Preliminary Injunction
8. Affidavit Of Paul J. Bergendall, II In Support Of Motion To Allow Funds To Be Deposited In The Registry Of The Court And For Preliminary Injunction
9. Exhibit A

The legal documents were served on Global Tower Service, at the time and in the manner stated herein.

**Manner Of Service**
Federal Rules Of Civil Procedure

Name on document(s): Global Tower Service

Document(s) given to: Nick Jager (Authorized Agent)

Sex: Male    Race: Caucasian    Approximate Age: 21-25 years

Service date & time: November 3, 2004 @ 11:45 a.m.

Service address: 810 34th Ave., Moline, IL  61265

I am over the age of eighteen years and not a party to this action. I am an agent of Russwurm Services, Ltd d/b/a DocumentServe Express, a licensed Private Investigation Service, Illinois License #115-001662 and Iowa License # 747. For DocumentServe Express client service e-mail service@documentserve.com or call 1-800-961-4744. DocumentServe Express is located at 1800 3rd Ave., Ste. 612, Rock Island, IL 61201. **Under penalties as provided by the laws of the individual states and the United States Of America and, I certify that the statements set forth in this instrument are true and correct.**

Executed on this day November 4, 2004 by,

R. Scott Davis                            Signature
Process Server

**Sworn and Signed Before Me** on this day November 4, 2004 by,

Notary Signature                          Seal

OFFICIAL SEAL
VANESSA R KILLIAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/04/08

# AFFIDAVIT OF SERVICE

United States District Court District Of Massachusetts

I declare and certify under oath that I received documents filed in the United States District Court District Of Massachusetts captioned:

American Tower Corporation, Plaintiff,

v.

Case Number: 04-12317WGY

Global Towers Service; et al., Defendants.

The legal document(s) were entitled:

1. Summons In A Civil Action
2. Plaintiff's Emergency Motion To Allow Funds To Be Deposited In The Registry Of The Court And For Preliminary Injunction
3. Notice Of Hearing
4. Civil Cover Sheet
5. Complaint
6. Exhibits 1 & 2
7. Plaintiff's Emergency Motion To Allow Funds To Be Deposited In The Registry Of The Court And For Preliminary Injunction
8. Affidavit Of Paul J. Bergendall, II In Support Of Motion To Allow Funds To Be Deposited In The Registry Of The Court And For Preliminary Injunction
9. Exhibit A

The legal documents were served on Global Tower Service, at the time and in the manner stated herein.

## Manner Of Service
Federal Rules Of Civil Procedure

Name on document(s): Global Tower Service

Document(s) given to: Nick Jager (Authorized Agent)

Sex: Male     Race: Caucasian     Approximate Age: 21-25 years

Service date & time: November 3, 2004 @ 11:45 a.m.

Service address: 810 34th Ave., Moline, IL 61265

I am over the age of eighteen years and not a party to this action. I am an agent of Russwurm Services, Ltd d/b/a DocumentServe Express, a licensed Private Investigation Service, Illinois License #115-001662 and Iowa License # 747. For DocumentServe Express client service e-mail service@documentserve.com or call 1-800-961-4744. DocumentServe Express is located at 1800 3rd Ave., Ste. 612, Rock Island, IL 61201. **Under penalties as provided by the laws of the individual states and the United States Of America and, I certify that the statements set forth in this instrument are true and correct.**

Executed on this day November 4, 2004 by,

R. Scott Davis
Process Server                    Signature

**Sworn and Signed Before Me** on this day November 4, 2004 by,

Vanessa R. Killian
Notary Signature                    Seal

OFFICIAL SEAL
VANESSA R. KILLIAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/04/08