AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

American Tower Corporation,
    Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.

AMF Electrical Contractors, Inc.,
et. al.,

CASE NUMBER:

    Defendants.

## 04-12317WGY

TO: (Name and address of Defendant)

AMF Electrical Contractors, Inc.
1627 Sublette Avenue
St. Louis, MO 63110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  11/1/2004

**Federal Process Investigations Corporation**
4600 Chippewa #300
St. Louis, Mo. 63116
(314) 457-9999

Corporate - Officer/Director/Agent
File# 04-12317 WGY

## AFFIDAVIT

| | |
|---|---|
| Plaintiff(s) | : AMERICAN TOWER CORPORATION vs. |
| Defendant(s) | : AMF ELECTRICAL CONTRACTORS, INC., ET AL. |
| Court | : UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS |
| Court Division | : |
| Court Date / Time | : Within 20 Days of Service |
| Cause or Case # | : 04-12317 WGY |
| Document | : SUMMONS |
| Subjects Name | : AMF ELECTRICAL CONTRACTORS, INC. - PERSON IN CHARGE |
| Serve Address | : 1627 SUBLETTE AVE. - ST. LOUIS , MO 63110 |
| Reference Number | : 04-12317 WGY |
| Service Performed | : Corporate - Officer/Director/Agent |
| Service Made To | : JOHN C. FRISELLA - PRESIDENT |
| Date of Service | : 11/2/2004 |
| Time of Service | : 3:00:00 PM |
| Location of Service | : 1627 SUBLETTE AVE. - ST. LOUIS , MO 63110 |

**Details**
JOHN C. FRISELLA - PRESIDENT ACCEPTED SERVICE FOR AMF ELECTRICAL CONTRACTORS, INC.

**Description of Person Served (may not be exact, but described in good faith)**
WHITE MALE, APROXIMATE AGE 55-65 WITH BROWN/GRAY HAIR, HEIGHT 5'7" WEIGHT 200LBS -

I, KEVIN MOROSE, a person lawfully able to serve process in the State Of Missouri, sign below; stating that I have completed the service as described above and to my knowledge the information on this affidavit is true and correct.

_____    Date: 11/3/2004
KEVIN MOROSE

On the 11/3/2004, before me the above Special Server personally appeared and acknowledged to me that he/she/they executed this affidavit with his/her/their signature(s) on this instrument.

Notary Public Signature    *Ildiko Brock*

```
ILDIKO BROCK
NOTARY SEAL - NOTARY PUBLIC
STATE OF MISSOURI - CITY OF ST. LOUIS
MY COMMISION EXPIRES 03-25-2005
Witness My Official Seal
```

JOHNSON & ACETO, P.C. - Erin J. Brennan
67 BATTERYMARCH ST., SUITE# 400
BOSTON, MA. 02110