AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

American Tower Corporation,
    Plaintiff,

V.

J.L.B. Construction, Inc., 21st Capital Corporation,
et. al.,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-12317WGY

TO: (Name and address of Defendant)

21st Capital Corporation
23852 Pacific Coast Highway # 600
Malibu, CA 90265

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  11/16/04

%AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: NOVEMBER 3, 2004 |
| NAME OF SERVER (PRINT): W. S. VALANTINE | TITLE: Registered Process Server #159 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 21st Capital Corporation by serving Jack H. Ford — 24548 MALIBU RD. MALIBU, CA. 90265-4614

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOV. 4, 2004
Date

Signature of Server: W. S. VALANTINE
690 E. LOS ANGELES AVE., #220
SIMI VALLEY, CA. 93065
(805) 578-2562
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.