AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT 2 43

District of    Massachusetts

American Tower Corporation,
      Plaintiff,

            V.

Western States Tower, LLC,
et. al.,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-12317WGY

TO: (Name and address of Defendant)

Western States Tower, LLC
1475 Terminal Way # A-5
Reno, NV 89502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____                    11/1/2004
CLERK                                       DATE

_____
(By) DEPUTY CLERK

**United States District Court**
**For The District of Massachusetts**

CASE NO:      16  P  2: 63
04-12317WGY

American Tower
Corporation        PLAINTIFF(S)

vs.                                          **AFFIDAVIT OF** MASS.
                                                  **SERVICE**

J.L.B. Construction    DEFENDANT(S)
Inc

STATE OF NEVADA
COUNTY OF CLARK

Jessica Burdett, being first duly sworn, deposes and says: That affiant is, and was a citizen of
the United States, over 18 years of age, and not a party to, nor interested in the proceeding in
which this affidavit is made. That affiant received copies of the Notice of Hearing, Complaint
and Demand for Jury Trial, Plaintiff's Emergency Motion to Allow Funds to be Deposited in the
Registry of the Court and for Preliminary Injunction, Affidavit of Paul J. Bergendahl, Plaintiff's
Emergency Motion with Order Written in Signed by Chief Judge William B. Young on
November 1st, 2004, on November 2, 2004 and served the same on November 2, 2004 at 3:10
PM, in the following manner:

By serving Western States Towers LLC personally, by delivering and leaving a copy with John
Doe as an agent lawfully designated by statute to accept service of process:

Said service was effected at: 1475 Terminal Way, Suite A-5, Reno, NV 89502.

*Service Note(s);*
Served on refusal. Approximate description of John Doe is Hispanic male, black hair, 45 years
old, 5'6", 180 lbs.

*Jessica Burdett*

Jessica Burdett, Process Server
License No: 999A

SUBSCRIBED AND SWORN TO before me
today Tuesday, November 2, 2004.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
J. MICHAEL WARD
Appt. No. 02-77789-1
My Appt Expires Sept 17 2006

**Legal Express**
911 S. 1st St.
Las Vegas, NV, 89101
(702) 877-0200 , (702) 384-8170 Fax
mailto:legex@aol.com
License No(s): 999/999A

*Service Fees: $60.00*

*Prepared for:*
Johnson & Aceto P.C.
67 Batterymarch Street
Suite 400
Boston, MA 02110
*Legex Slip # 35602-reno/Erin*