AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

American Tower Corporation,
    Plaintiff,

V.

West Central Consulting Services,
Inc., et. al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-12317 WGY

TO: (Name and address of Defendant)

West Central Consulting Services, Inc.
23302 Margerstadt Road
Hockley, TX 77447

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  11/1/2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/3/04  5:50 pm |
| NAME OF SERVER (PRINT) Gene Toulouze | TITLE Authorized Person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 23302 Margerstadt Rd., Hockley, TX 77447

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/5/04
Date

Signature of Server

3011 Gilford Ln, Katy, TX 77494
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CAUSE NUMBER : 04-12317 WGY
PLAINTIFF American Tower Corporation
VS.                                    FEE PAID : $ _____
DEFENDANT West Central Consulting Services, Inc., et al

## AUTHORIZED OFFICERS RETURN

Came to hand on the 2nd day of Nov, 2004 at 10:00 o'clock AM am/pm hrs.

Documents received for service : Order, Notice of Hearing, Complaint, Affidavit

Executed on the 3rd day of November, 2004 at 5:50 o'clock am/pm hrs.
Executed at address 23302 Mangerstadt Rd.
(City) Hockley  (State) Texas  (Zip Code) 77447

By delivering to : West Central Consulting Services
A true copy of the documents listed above having first endorsed on the date of Delivery in the following manner :

_____ By delivering to the above person.
_____ (Substituted Service ) per Rule 106/536 Order delivering to : _____
        in person over the age of sixteen then residing at the address indicated .
_____ By posting or by securely affixing to the main door per rule 106/536 order.
✓ By delivering them to an officer /agent whose name and title is : _____

_____ Other : _____

**Before me**, the undersigned authority, in this day personally Appeared **Gene Toulouza** a resident of Harris county, who being By me first duly sworn deposed and said : My name is **Gene Toulouza,** I am over age eighteen, I am not a party to nor interested in the outcome of The above numbered cause , I am authorized by written order of the court To serve citations, subpoenas, petitions, temporary restraining orders and Other notices. MY business address is 3011 Gilford lane Katy , Texas 77494

_Gene Toulouza_
**GENE TOULOUZA**

This affidavit was acknowledged before me on the 5 day of Nov 2004

**NOTARY PUBLIC NAME :** Walter O. B____

**NOTARY PUBLIC STAMP/ SIGNATURE :**