AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

40/293

American Tower Corporation,
    Plaintiff,

V.

Stewart Electric, Inc.,
et. al.,
    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 13

04-12317 WGY

TO: (Name and address of Defendant)

Stewart Electric, Inc.
118 Creekmore
Greenville, MS 38701

3220 Hwy 82 W of Greenville - before AR bridge
tele# 335-4111

RECEIVED NOV 2 2004 Washington Co. Sheriff

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110

RUSH
Court Date

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 11/1/2004

TRUE COPY ATE.
DATE: 11-03-04
SIGNATURE: James Stewart

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-03-04 |
| NAME OF SERVER (PRINT) Dwight Dunham | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 118 Cashmere
                                                              James Stewart

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-03-04                    _____ 5013
                 Date                      Signature of Server

                                          903 West Alexander St. Greenville MS
                                          Address of Server

MILTON GASTON, SR., Sheriff
Washington County Sheriff's Dept.
P. O. Box 786
Greenville, MS  38702-0786

State of Mississippi
County of Washington

Sworn to and subscribed before
me this   4    Nov
20 04
Burch Stone  Notary
My Commission:  8-15-0Y

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.