AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___ FILED OFFICE

American Tower Corporation,
          Plaintiff,

          v.

J.L.B. Construction, Inc.,
et. al.,

          Defendants.

2004 NOV 19  A 11: 51

## SUMMONS IN A CIVIL ACTION

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

# 04 - 12317 WGY

TO: (Name and address of Defendant)

J.L.B. Construction, Inc., :

1030 Donna Street
Denver, Iowa 50622

**Intercept.com**
**Date Recd.** 11-04-04
**Time Recd.** 935 AM
**Case File No.** 04454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONI ANASTAS

CLERK

(By) DEPUTY CLERK

DATE          11/1/2004

*Court*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INTERCEPT**
**.COM**
★
**ATTORNEY**
**SERVICES**
★
**WATERLOO**
**IOWA**

(319) 233-8293 Office
(319) 232-9631 Fax

Rudy Wittke C.E.O.
1659 Glenny Ave.
Waterloo, IA 50602

### AFFIDAVIT OF RETURN OF SERVICE

STATE OF IOWA                    )
                                 )
___BLACK HAWK___ COUNTY)ss

I, the undersigned being first duly sworn on oath do hereby depose and state that I received the attached notice order, and/or other document(s) on the _4th_ day of _November_ 20 _04_, that on the _5th_ day of _November_ 20, _04_, I served the same on the within-named _JASON L. BENTLEY_ at _1030 DONNA STREET_ in _DENVER, IOWA_ in _BREMER_ County, Iowa by delivering a true and identical copy of each such item in the following manner:

___ I served the same by delivering a copy thereof to the above person(s) personally.

___ I served the same on the above person at the above person's dwelling house or usual place of abode (which place was not a rooming house, hotel, club or apartment building) by there delivering a copy thereof to the individual named below, a person residing therein who was then eighteen years old.

___ I served the same on the above person at the above person's dwelling house or usual place of abode ( which place was a rooming house, hotel, club or apartment) by there delivering a copy thereof to a member of the family or manager, clerk, proprietor or custodian named and described below, a person who was then eighteen years old.

___ I served the same on the above person who attempted to elude and/or evade due process in the following manner, to wit _____

_X_ I served the above company and/or corporation by delivering a copy to the person named and described below. Said service was made at the address shown below, if any, otherwise at the above address.
_JASON L. BENTLEY IN AND FOR JLB CONST INC._

NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE).

REMARKS (SERVICE TIME) _11:35 AM_

PROCESS NO.: _04454_
_-4-12317WGY_

BY _Rudolph H Wittke_
**PROFESSIONAL INDEPENDENT PROCESS SERVER**

SUBSCRIBED AND SWORN TO BEFORE ME THE SAID _RUDOLPH H. WITTKE_
THIS _5th_ DAY OF _November_, 20 _04_

**INTERCEPT**
**.COM**
★
**ATTORNEY**
**SERVICES**
★
**WATERLOO**
**IOWA**

(319) 233-8293 Office
(319) 232-9631 Fax

Rudy Wittke C.E.O.
1659 Glenny Ave.
Waterloo, IA 50602

42-1273214

_Lola Wittke_
NOTARY SEAL
MY COMMISSION EXPIRES _July 8 2006_

PROCESS FEES PAID BY          CLIENT
FEE SCHEDULE & INVOICE ON REVERSE SIDE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Effective January 1, 2003

# Process Service Fee Schedule

City of Waterloo and 1-5 mile radius of Waterloo     $30.00

City of Waterloo and 51-100 mile radius of Waterloo $50.00

Two or more papers served at the same address at the same time, will behalf price.

No Charge for our skip trace and locate services.

We pick up your process papers, free of charge at your office or county court house.

We notify your office within minutes of service.

Invoice Date: *11-5-04*          Process No. *04454*

                                 Type: *Civil action -4-123/7 wGY*

Billed to:

Name: *Johnson a Aceto P.C.*

Address: *67 Batterymarch Street Suite 400*

City: *Boston*      State: *Ma,*          Zip: *02110*

Process served to
Person/~~Business~~ *Jason L Bentley*

Process Service Fee @ ____ *1* ____ each = *35.00*

| | |
|---|---|
| Two or more process, same address Same time, 1/2 price. Requested in house professional service. | Sub total *35.00* |

Total Due & Payment *35.00*

Send all payments to INTERCEPT, 1659 Glenny Avenue,
Waterloo. Iowa 50702. Phone: (319) 233-8293 for Service!