AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE
2004 NOV 19 A 11:51
DISTRICT COURT
DISTRICT OF MASS.

American Tower Corporation,
    Plaintiff,

V.

Advanced Lightning Technology, Inc.
et. al.,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04-12317 WGY**

TO: (Name and address of Defendant)

Advanced Lightning Technology, Inc.
122 Leesley Lane
Argyle, TX 63110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  11/1/2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11-10-04  1:14 pm |
| NAME OF SERVER (PRINT) PEGGY C. WARREN | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 122 LEESLEY LANE (HANDED TO ANN VADEN) ARGYLE TX 76266

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-10-04
                Date

Signature of Server: Peggy C. Warren

Address of Server: 421 E. Hickory 102
DENTON TX 76201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.