AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

American Tower Corporation,
    Plaintiff,

V.

Daniel Weness Construction,
et. al.,

    Defendants.

FILED
2004 NOV 19 A 11: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-12317 WGY

TO: (Name and address of Defendant)

Daniel Weness Construction
11384 790th Avenue
LeRoy MN 55951

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK TONY ANASTAS

DATE 11/1/2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6, NOVEMBER, 2004; 8:58 AM CST |
| NAME OF SERVER (PRINT) Thomas H. Lindrud | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Left all Documents at usual place of residence, and business. (11384 390th AVE., LeRoy, MN.)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/04
              Date

Signature of Server

Address of Server: P.O. Box 57, Nimrod Falls, Mn. 55991
866-816-8002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.