UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN TOWER COPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.L.B. CONSTRUCTION, INC. et al. )<br>)<br>Defendants. )<br>) | Case No. 04-12317WGY |

**ENTRY OF APPEARANCE**

Comes now Andrew C. Gately, Esq. and Gately & Goldman, LLP and hereby enter their appearance in the above-matter on behalf of Defendant Prime Communications, LLC.

Dated:  December 8, 2004    Respectfully submitted,

Prime Communications, Inc.

By its attorney:

Andrew C. Gately
BBO# 645606
Gately & Goldman, LLP
34 Channing Street
Newton, MA  02458
Tel. (617) 969-8555
Fax (617) 969-5552

## CERTIFICATE OF SERVICE

      I certify under penalties of perjury that the above and foregoing was filed electronically on December 8, 2004 via the Court's CM/ECF system, thereby generating a Notice of Electronic Filing (NEF) and satisfying the requirements of service under Fed.R.Civ.P. 5(b)(2)(D).

_/s/_

Attorney for Prime Communications, LLC