**Certificate of Service**

    I, Gregory J. Aceto, hereby certify that on this 20th day of December, 2004, I have forwarded true and correct copies of the following documents:

(I)    Plaintiff's Request for Entry of Default; and
(II)    Plaintiff's Motion to Strike Responsive Pleading of Jason L. Bentley on Behalf of Defendant Corporation J.L.B. Construction, Inc.

via first class mail to the following:

| | | |
|---|---|---|
| Jason L. Bentley<br>J.L.B. Construction, Inc.<br>1030 Donna Street<br>Denver, IA 50622 | Denise Chicoine, Esq.<br>Englander & Chicoine, P.C.<br>Two Newton Place, Suite 200<br>Newton, MA 02458-1633 | Andrew C. Gately, Esq.<br>Gately & Goldman LLP<br>34 Channing Street<br>Newton, MA 02458 |
| Henry Goldberg, Esq.<br>Arnowitz & Goldberg<br>1208 V.F.W. Parkway, Suite 203<br>Boston, MA 02132 | Lou Schreier<br>AMF Electrical Contractors, Inc.<br>1627 Sublette Avenue<br>St. Louis, MO 63110 | James Heinz<br>Heinz Corporation<br>804 Lebanon Drive<br>St. Louis, MO 63104 |
| Quinn Murphy<br>Global Tower Service<br>810 34th Avenue<br>Moline, IL 61265 | Jay Burks<br>Gulf Coast Steeplejack<br>1994 FM 356 N<br>Onalaska, TX 77360 | Jimmy Phipps<br>Western States Tower, LLC<br>1475 Terminal Way #A-5<br>Reno, NV 89502 |
| Daniel Weness<br>Daniel Weness Construction<br>11384 790th Avenue<br>LeRoy, MN 55951 | T.J. Riley<br>Advanced Lightning Technology, Ltd.<br>122 Leesley Lane<br>Argyle, TX 76226 | |

/s/ Gregory J. Aceto
Gregory J. Aceto
BBO No. 558556
JOHNSON & ACETO, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888
Aceto@johnsonaceto.com