UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317WGY

| |
|---|
| AMERICAN TOWER CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, LTD. and GULF COAST STEEPLEJACK,<br>    Defendants. |

**REQUEST FOR DEFAULT**
**PURSUANT TO FED.R.CIV.P.55(a)**

I, Gregory J. Aceto, attorney for the Plaintiff American Tower Corporation hereby state that the Complaint and Summons in the above matter has been served on each of the following Defendants:

1) Gulf Coast Steeplejack, on November 3, 2004;

2) Global Tower Service, on November 3, 2004;

3) Western States Tower, LLC, on November 2, 2004;

4) Heinz Corporation, on November 2, 2004;

5) Daniel Weness Constructions, on November 6, 2004;

6) AMF Electrical Contractors, Inc., on November 2, 2004; and

7) Advanced Lightning Technology, Ltd., on November 10, 2004,

as appears from the officers' returns, and that the time in which the Defendants may serve an answer or responsive pleading upon me, pursuant to Fed.R.Civ.P.12, has expired and that the Defendants have not served an answer or responsive pleading upon me nor have they filed any pleading in Court.

**WHEREFORE**, the Plaintiff American Tower Corporation makes application that all of the above-listed Defendants be defaulted.

Signed under the pains and penalties of perjury this ___ day of December, 2004.

/s/Gregory J. Aceto
Gregory J, Aceto, Esq.
  BBO No. 558556
JOHNSON & ACETO, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888
Aceto@johnsonaceto.com