11/08/04

Page # 1

**21st Capital Corp.**
Client/Assignor:
***JLB CONSTRUCTION INC. (3867)***
Statement of Factoring Account
Factored thru 11/08/04
Open & Closed Transactions

The Column Labeled [Info Only] is for informational purposes only and is not part of any calculation

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Post Closing | Rebate/Reserve | Rebate/Reserve | Balance Due to: |
| Trans. | Date | Trans | Amount | Advance Pd | Advance | Factoring | Total | Total Amt | Total Applied | Rebate/Reserve | ChrgBks & Adjs | Paid to Client | Client/Assignor |
| Number | Factored | Status | Factored | to Client | Applied | Fee | Columns 5-7 | Collected | to this Trans | [Info Only] | | | (21st Capital) |
| 078240 | 12/16/03 | Closed | 31775.00 | 25420.00 | 0.00 | -4446.75 | -29866.75 | 31775.00 | 0.00 | 1908.25 | 0.00 | -1908.25 | 0.00 |
| 078415 | 01/07/04 | Closed | 31900.00 | 25520.00 | 0.00 | -6380.00 | -31900.00 | 31900.00 | 11844.00 | 11844.00 | -11844.00 | 0.00 | 0.00 |
| 078434 | 01/12/04 | Closed | 29600.00 | 23680.00 | 0.00 | -5920.00 | -29600.00 | 29600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 078590 | 01/29/04 | Closed | 37256.00 | 29804.80 | 0.00 | -7451.20 | -37256.00 | 37256.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 078708 | 02/09/04 | Closed | 76932.00 | 61545.60 | 0.00 | -9231.84 | -70777.44 | 76932.00 | 0.00 | 6154.56 | 0.00 | -6154.56 | 0.00 |
| 078812 | 02/19/04 | Open | 70781.00 | 56624.80 | 0.00 | -14156.20 | -70781.00 | 25704.00 | 1400.00 | 0.00 | 0.00 | 0.00 | 43677.00 |
| 079133 | 03/23/04 | Closed | 84600.00 | 67680.00 | 0.00 | -5076.00 | -72756.00 | 84600.00 | 0.00 | 11844.00 | -11844.00 | 0.00 | 0.00 |
| 079150 | 03/23/04 | Open | 18050.00 | 14440.00 | 0.00 | -3610.00 | -18050.00 | 0.00 | 10444.00 | 0.00 | 0.00 | 0.00 | -7606.00 |
| Totals | | | 380894.00 | 304715.20 | 0.00 | -56271.99 | -360987.19 | 317767.00 | 23688.00 | [ 31750.81] | -23688.00 | -8062.81 | -51283.00 |