**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

21ST CAPITAL CORP
P.O. BOX 982
MALIBU, CA 90265

FILED
SECRETARY OF STATE
IOWA

2004 JAN 16 P 4:30

112434  UC1  $10.00  BARB  1  1/16/04

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: JLB CONSTRUCTION INC.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2327 FALLS AVENUE SUITE 4 | WATERLOO | IA | 50701 | |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 03-0427091 | | CORPORATION | IOWA | 260422 |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: CAPITAL FACTORS, INC.

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 SOUTH FLOWER STREET, SUITE 2001 | LOS ANGELES | CA | 90017-4101 | |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS

P458893

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR, CONSIGNEE/CONSIGNOR, BAILEE/BAILOR, SELLER/BUYER, AG. LIEN, NON-UCC FILING

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## CERTIFICATE OF SEVICE

I, John L. Hause, hereby certify that I on January 5, 2005 served the foregoing Answer and Cross-Claim of the Defendant 21st Capital Corporation, by mailing a copy of same via first class mail, postage prepaid, to:

Gregory J. Aceto, Esq.
Johnson & Aceto P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110

Andrew C Gately, Esq.
Gately & Goldman LLP
34 Channing Street
Newton, MA 02458

Edward S. Engander, Esq.
Denise A. Chicoine, Esq.
Englander & Chicoine P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633

Jason L. Bentley
J.L.B. Construction
1030 Donna Street
Denver, IA 50622

John L. Hause
ARNOWITZ & GOLDBERG
1208 V.F.W. Parkway
Suite 203
Boston, MA 02132
(617) 323-3900
BBO #645425