UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Civil Action
                                                  No: **04-12317-WGY**

**AMERICAN TOWER CORPORATION**
**Plaintiff**

v.

**GULF COAST STEEPLEJACK**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, American Tower Corporation for an order of Default for failure of the Defendant, Gulf Coast Steeplejack, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on January 13, 2005.

                                                **Tony Anastas,**
                                                **Clerk**


                                 **By:**    **/s/ Marie Bell**
                                                  **Deputy Clerk**

Notice mailed to counsel of record and defendants.