UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-12317-WGY</u>

**AMERICAN TOWER CORPORATION**
**Plaintiff**

v.

**DANIEL WENESS CONSTRUCTIONS**
**Defendant**

## NOTICE OF DEFAULT

    Upon application of the Plaintiff, American Tower Corporation for an order of Default for failure of the Defendant, Daniel Weness Constructions, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on January 13, 2005.

**Tony Anastas,**
**Clerk**

**By:**    /s/ Marie Bell
           **Deputy Clerk**

Notice mailed to counsel of record and defendants.