UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                Civil Action
                                                                                                No: **04-12317-WGY**

**AMERICAN TOWER CORPORATION**
**Plaintiff**

v.

**ADVANCED LIGHTNING TECHNOLOGY, LTD.**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, American Tower Corporation for an order of Default for failure of the Defendant, Advanced Lightning Technology, Ltd., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on January 13, 2005.

                                              **Tony Anastas,**
                                              **Clerk**

                                          **By:**     **/s/ Marie Bell**
                                                           **Deputy Clerk**

Notice mailed to counsel of record and defendants.