UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317WGY

| | |
|---|---|
| AMERICAN TOWER CORPORATION,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, LTD. and GULF COAST STEEPLEJACK,<br>　　　　　　　　　　Defendants. | |

**REQUEST FOR DEFAULT**
**PURSUANT TO FED.R.CIV.P.55(a)**

　　I, Gregory J. Aceto, attorney for the Plaintiff American Tower Corporation, hereby state that a Complaint and Summons in the above matter has been served on the Defendant JLB Construction, Inc. on November 5, 2004, as appears from the officer's return.  On or about November 15, 2004, Jason L. Bentley filed an Answer, Counterclaim and Motion to Change Venue on behalf of JLB Construction, Inc.  Thereafter, the Court (Young, C.J.) denied the Motion to Change Venue on November 16, 2004, stating "a corporation cannot appear save through counsel."

　　On or about December 20, 2004, the Plaintiff filed a Motion to Strike the

Responsive Pleading of Jason L. Bentley on behalf of JLB Construction, Inc. On January 12, 2005, the Court (Young, C.J.) granted Plaintiff's Motion to Strike. Since that date, the Defendant JLB Construction, Inc. has not served an answer or responsive pleading upon me nor has it filed any pleading in Court.

**WHEREFORE**, the Plaintiff American Tower Corporation makes application that the Defendant JLB Construction, Inc. be defaulted.

Signed under the pains and penalties of perjury this 23rd day of February, 2005.

/s/Gregory J. Aceto
Gregory J, Aceto, Esq.
  BBO No. 558556
JOHNSON & ACETO, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888
aceto@johnsonaceto.com

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.