**Certificate of Service**

  I, Gregory J. Aceto, hereby certify that on this 1st day of April, 2005, I have forwarded a true and correct copy of the following documents:

| | |
|---|---|
| (I) | Motion to Modify Preliminary Injunction; |
| (II) | Affidavit in Support of Motion; and |
| (III) | Proposed Order. |

via first class mail to the following:

Jason L. Bentley
J.L.B. Construction, Inc.
1030 Donna Street
Denver, IA 50622

                /s/ Gregory J. Aceto
                Gregory J. Aceto
                 BBO No. 558556
                JOHNSON & ACETO, P.C.
                67 Batterymarch Street, Suite 400
                Boston, MA 02110
                (617) 728-0888
                Aceto@johnsonaceto.com