UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317WGY

| |
|---|
| AMERICAN TOWER CORPORATION, <br>                   Plaintiff, <br><br> v. <br><br> J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, INC. and GULF COAST STEEPLEJACK, <br>                    Defendants. |

**PROPOSED ORDER**

The matter having come before the Court on Plaintiff's Motion to Modify Preliminary Injunction, and after review of the Motion and the evidence submitted at the hearing, the Court hereby finds that the Plaintiff will suffer immediate and irreparable harm if the Preliminary Injunction is not modified.  **It is therefore adjudged and ORDERED:**

That the Defendants listed above, and all persons acting in concert with them, are enjoined and restrained from filing and enforcing any mechanics', materialmen's or other liens against the Plaintiff which relate to the funds at issue

in this interpleader action or which relate to claims for alleged non-payment for work performed at the Sites in accordance with the Agreement.

                                                    _____
                                                  J., United States District Court

Dated:   April _____, 2005