```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-12317-WGY

 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   AMERICAN TOWER CORPORATION,    *
                                    *
 7             Plaintiff,           *
     v.                             *  MOTION HEARING
 8                                  *
     J.L.B. CONSTRUCTION, INC.,     *
 9   et al.,                        *
                                    *
10             Defendants.          *
                                    *
11   * * * * * * * * * * * * * * * *

12

13            BEFORE:  The Honorable William G. Young,
                             District Judge
14

15

16
     APPEARANCES:
17

18          JOHNSON & ACETO, P.C. (By Gregory J. Aceto,
        Esq. and Erin J. Brennan, Esq.), 67 Batterymarch
19      Street, Boston, Massachusetts 02110, on behalf of
        the Plaintiff
20

21          GATELY & GOLDMAN, LLP (By Andrew C. Gately,
        Esq.), 34 Channing Street, Newton, Massachusetts
22      02458, on behalf of Prime Communications, Inc.

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         November 16, 2004
```