UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWER CORPORATION )<br>                Plaintiff, )<br>)<br>v. )<br>)<br>J.L.B. CONSTRUCTION, INC., 21st )<br>CAPITAL CORPORATION, PRIME )<br>COMMUNICATIONS, LLC, AMF )<br>ELECTRICAL CONTRACTORS, INC., )<br>HENIZ CORPORATION, DANIEL )<br>WENESS CONSTRUCTION, WESTERN )<br>STATES TOWERS, LLC, WEST )<br>CENTRAL CONSULTING SERVICES, )<br>INC., STEWART ELECTRIC, INC., )<br>GLOBAL TOWER SERVICE, )<br>ADVANCED LIGHTING TECHNOLOGY,)<br>INC., and GULF COAST STEEPLEJACK, )<br>                Defendants. )<br>) | Civil Action No.: 04-12317-WGY |

## NOTICE OF APPEARANCE

Kindly enter the appearances of Jason W. Morgan on behalf of Defendant J.L.B. Construction, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: May 5, 2005 | /s/ Jason W. Morgan<br>Jason W. Morgan (BBO#633802)<br>e-mail: jmorgan@dhtmlaw.com<br>**DROHAN, HUGHES, TOCCHIO & MORGAN, P.C.**<br>175 Derby Street, Suite 30<br>Hingham, MA 02043<br>Phone: (781) 749-7200<br>Fax: (781) 740-4335 |

## CERTIFICATE OF SERVICE

I, Michael D. Williams, hereby certify that on May 5, 2005, I served a true and correct copy of the foregoing by first class mail, postage prepaid, upon all counsel who have filed appearances in this action.

                                                        /s/ Michael D. Williams
                                                        Michael D. Williams