## Certificate of Service

I, Erin J. Brennan, hereby certify that on this 16th day of May, 2005, I have forwarded a true and correct copy of the following document:

1) Plaintiff's Motion to Strike Defendant J.L.B. Construction, Inc.'s Motion to Remove Entry of Default or, in the Alternative, Plaintiff's Opposition Thereto.

via electronic notice to the following:

Denise Chicoine, Esq.
Englander & Chicoine, P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633

John Hause, Esq.
Arnowitz & Goldberg
1208 V.F.W. Parkway, Suite 203
Boston, MA 02132

Andrew C. Gately, Esq.
Gately & Goldman LLP
34 Channing Street
Newton, MA 02458

Jason Morgan
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043

/s/ Gregory J. Aceto
Gregory J. Aceto
 BBO No. 558556
JOHNSON & ACETO, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888
aceto@johnsonaceto.com