UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN TOWER CORPORATION
       Plaintiff

                                        CIVIL ACTION

       V.                             NO. 04-12317 WGY

J.L.B. CONSTRUCTION, INC.
21ST CAPITAL CORPORATION
PRIME COMMUNICATION, LLC
AMF ELECTRICAL CONTRACTORS, INC.
HEINZ CORPORATION
DANIEL WENESS CONSTRUCTION
WEST CENTRAL CONSULTING SERVICES, INC.
STEWART ELECTRIC, INC.
GLOBAL TOWER SERVICE
ADVANCED LIGHTNING TECHNOLOGY, INC.
GULF COAST STEEPLEJACK
WESTERN STATES TOWER, LLC.
       Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF DISTRICT JUDGE YOUNG

[   ]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ **X** ]     On <u>May 9, 2005 and May 17, 2005,</u> I held the following ADR proceeding:

       _____ SCREENING CONFERENCE_____ EARLY NEUTRAL EVALUATION

       <u>X</u>_____ MEDIATION           _____ SUMMARY BENCH / JURY TRIAL

       _____ MINI-TRIAL           _____ SETTLEMENT CONFERENCE

       All parties were represented by counsel  [except _____]
       The parties  were / were not  present in person or by authorized corporate officer [except
       _____].
       The case was:

[**X**]     Settled.  Your clerk should enter an order of dismissal **FORTHWITH**.

[   ]     There was progress.  A further conference has been scheduled for _____ unless the case is reported

       settled prior to that date.

[   ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case

       should be restored to your trial list.

[   ]     Suggested strategy to facilitate settlement:

       _____

                                /S/ Joyce London Alexander_____
_____UNITED STATES MAGISTRATE JUDGE

<u>May 18, 2005____</u>
       DATE