# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No: <u>04-12317-WGY</u>

AMERICAN TOWER CORPORATION
Plaintiff

v.

J.L.B. CONSTRUCTION, INC., ET AL
Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

YOUNG, C.J.

      The Court having been advised on May 18, 2005, that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Marie Bell
Deputy Clerk

May 19, 2005

To: All Counsel