UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317WGY

| |
|---|
| AMERICAN TOWER CORPORATION,<br>            Plaintiff,<br><br>v.<br><br>J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, INC. and GULF COAST STEEPLEJACK,<br>            Defendants. |

## AFFIDAVIT OF GREGORY J. ACETO IN
## SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Gregory J. Aceto, hereby depose and state as follows:

1. I am an attorney with the law firm of Johnson & Aceto, P.C., 67 Batterymarch Street, Suite 400, Boston, Massachusetts, and am duly licensed to practice law in the courts of the Commonwealth of Massachusetts.

2. I am an attorney for American Tower Corporation ("ATC") in the above-captioned matter.

3. A true and correct copy of the Complaint and Summons was served on each of the following Defendants: 1) Gulf Coast Steeplejack, on November 3, 2004;

2) Global Tower Service, on November 3, 2004; 3) Western States Tower, LLC, on November 2, 2004; 4) Heinz Corporation, on November 2, 2004; 5) Daniel Weness Constructions, on November 6, 2004; 6) AMF Electrical Contractors, Inc., on November 2, 2004; and 7) Advanced Lightning Technology, Ltd., on November 10, 2004.

4. The time in which the Defendants may serve an answer or responsive pleading upon me, pursuant to Fed.R.Civ.P.12, has expired and that the Defendants have not served an answer or responsive pleading upon me nor have they filed any pleading in Court.

5. On or about December 20, 2005, I filed a Request for Default for each of the Defendants.

6. On or about January 13, 2005, the Court (Young, J.) entered defaults against each of the Defendants.

Signed under the pains and penalties of perjury this ____ day of May, 2005.

/s/ Gregory J. Aceto
Gregory J. Aceto