UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317WGY

| |
|---|
| AMERICAN TOWER CORPORATION,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, INC. and GULF COAST STEEPLEJACK,<br>　　　　　　　Defendants. |

**PROPOSED ORDER**

After review of the Plaintiff's Motion for Default Judgment, the Court hereby finds that Judgment shall enter for the Plaintiff and against the following Defendants:  Gulf Coast Steeplejack ("Gulf Coast"); Global Tower Service ("Global"); Western States Tower, LLC ("WST"); Heinz Corporation ("Heinz")' Daniel Weness Construction ("Weness"); AMF Electrical Contractors, Inc. ("AMF");  and Advanced Lightning Technology, Ltd. ("Advanced") (collectively, the "Defendants").  **It is therefore adjudged and ORDERED:**

(1)     That the Defendants listed above and all persons acting in concert with them are permanently enjoined and restrained from, among other things, taking any action in furtherance of any claims or instituting or prosecuting any actions against the Plaintiff which relate to the funds at issue in this interpleader action or which relate to alleged non-payment for work performed at the Sites in accordance with the Agreement; and

(2)     That the Defendants listed above and all persons acting in concert with them are permanently enjoined and restrained from, among other things, filing any mechanics' liens, materialmen's liens, or any other liens on any of the Sites referred to herein, or any additional sites as yet unnamed, which are subject to the Agreement; and

(3)     That judgment enter for the Plaintiff and against the Defendants in the amounts they could have claimed from the interpleader action, thereby precluding the Defendants from receiving any of the monies held by the court, and preventing the Defendants from bringing any action, in law or in equity, against the Plaintiff as related to the claims described herein.

_____
Young, C. J., United States District Court

Dated:  May _____, 2005