**Certificate of Service**

I, Erin J. Brennan, hereby certify that on this 27th day of June, 2005, I have forwarded a true and correct copy of the following document:

Plaintiff's Motion to Vacate Order of Dismissal

via first class mail to:

Jason W. Morgan
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043

/s/ Erin J. Brennan_____
Erin J. Brennan, Esq.