UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317

| |
|---|
| AMERICAN TOWER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, LTD. and GULF COAST STEEPLEJACK,<br>Defendants. |

**AGREEMENT FOR JUDGMENT**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

It is hereby agreed that the following entry of judgment may be made in the above-entitled action:

"With regard to count V of the First Amended Complaint, the Interpleader Count, Judgment for the Defendant Prime Communications, LLC in the sum of Sixty-One Thousand Sixty-Six Dollars and sixty-six cents ($61,666.66); Judgment for the Defendants West Central Consulting Services, Inc. and Stewart Electric, Inc. in the

aggregate sum of Sixty-One Thousand Sixty-Six Dollars and sixty-six cents ($61,666.66); and Judgment for the Defendant 21st Capital Corporation in the sum of Thirty Thousand Dollars ($30,000.00). Judgments to be satisfied by distribution of the funds currently escrowed with the Registry of the Court.

With regard to the remaining counts of the First Amended Complaint, all other claims, counterclaims and cross-claims, the aforesaid claims are dismissed with prejudice, without interest or costs, by order of the Court."

Respectfully submitted,
AMERICAN TOWER CORPORATION,
By its attorneys,

Gregory J. Aceto, Esq.
  BBO#558556
Erin J. Brennan, Esq.
  BBO#660097
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

Respectfully submitted,
PRIME COMMUNICATIONS, LLC,
By its attorney,

Andrew Gately, Esq.
  BBO#645606
Gately & Goldman, LLP
34 Channing Street
Newton, MA 02458
617-969-8555

Respectfully submitted,
WEST CENTRAL CONSULTING SERVICES, INC. AND STEWART ELECTRIC, INC.,
By its attorney,

Edward Englander, Esq.
  BBO#154540
Englander & Chicoine, P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633
617-964-5400

Respectfully submitted,
JLB CONSTRUCTION, INC.
By its attorney,

Jason Morgan, Esq.
  BBO#633802
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
781-749-7200

aggregate sum of Sixty-One Thousand Sixty-Six Dollars and sixty-six cents ($61,666.66); and Judgment for the Defendant 21st Capital Corporation in the sum of Thirty Thousand Dollars ($30,000.00). Judgments to be satisfied by distribution of the funds currently escrowed with the Registry of the Court.

With regard to the remaining counts of the First Amended Complaint, all other claims, counterclaims and cross-claims, the aforesaid claims are dismissed with prejudice, without interest or costs, by order of the Court."

| | |
|---|---|
| Respectfully submitted,<br>AMERICAN TOWER<br>CORPORATION,<br>By its attorneys, | Respectfully submitted,<br>PRIME COMMUNICATIONS, LLC,<br>By its attorney, |
| Gregory J. Aceto, Esq.<br>  BBO#558556<br>Erin J. Brennan, Esq.<br>  BBO#660097<br>Johnson & Aceto, P.C.<br>67 Batterymarch Street, Suite 400<br>Boston, MA  02110<br>617-728-0888 | Andrew Gately, Esq.<br>  BBO#645606<br>Gately & Goldman, LLP<br>34 Channing Street<br>Newton, MA 02458<br>617-969-8555 |
| Respectfully submitted,<br>WEST CENTRAL CONSULTING<br>SERVICES, INC. AND STEWART<br>ELECTRIC, INC.,<br>By its attorney, | Respectfully submitted,<br>JLB CONSTRUCTION, INC.<br>By its attorney, |
| Edward Englander, Esq.<br>  BBO#154540<br>Englander & Chicoine, P.C.<br>Two Newton Place, Suite 200<br>Newton, MA 02458-1633<br>617-964-5400 | Jason Morgan, Esq.<br>  BBO#633802<br>Drohan, Hughes, Tocchio & Morgan, P.C.<br>175 Derby Street, Suite 30<br>Hingham, MA 02043<br>781-749-7200 |

Newton, MA 02458-1633    Hingham, MA 02043
617-964-5400    781-749-7200

Respectfully submitted,
21ST CAPITAL CORPORATION,
By its attorney,

*/s/ John Hause*

John Hause, Esq.
BBO#645425
Arnowitz & Goldberg
1208 V.F.W. Parkway, Suite 203
Boston, MA 02132
617-323-3900