UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317WGY

AMERICAN TOWER CORPORATION,
          Plaintiff,

v.

J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, LTD. and GULF COAST STEEPLEJACK,
          Defendants.

PLAINTIFF'S MOTION TO DEPOSIT
ADDITIONAL FUNDS INTO THE REGISTRY OF THE COURT

---

**NOW COMES** the Plaintiff American Tower Corporation ("American Tower") and hereby moves this Honorable Court to allow the Plaintiff to deposit additional funds into the Registry of the Court.

In support hereof, the Plaintiff states as follows: On or about May 17, 2005, American Tower and the non-defaulted Defendants JLB Construction, Inc., 21st Capital Corporation, Prime Communications, LLC, West Central Consulting Services, Inc. and Stewart Electric, Inc. (collectively, the "Defendants") (all parties herein are collectively

referred to as the "Parties") participated in a Court-ordered mediation session (the "Mediation"), under the guidance of Magistrate Judge Joyce Alexander.

The Parties agreed to execute a settlement agreement (hereinafter "General Release and Settlement Agreement"), thereby allowing the Registry of the Court to release the escrowed funds (the "Interpleader Funds") pursuant to Court order in the specified amounts to the designated Parties.  In order for there to be sufficient funds to meet the demands of the Defendants, American Tower also agreed to supplement the Interpleader Funds in exchange for releases of claims and liens.

On or about July 27, 2005, the Parties executed the General Release and Settlement Agreement.  In accordance therewith, and in accordance with the Agreement for Judgment filed contemporaneously herewith, Plaintiff now moves this Honorable Court to allow the Plaintiff to deposit an additional Twenty Thousand Eight Hundred Ninety-Four Dollars and 28/100 ($20,894.28) into the Registry of the Court.

**WHEREFORE** the Plaintiff respectfully requests that this Honorable Court allow its Motion to Deposit Additional Funds into the Registry of the Court.

                                        Respectfully submitted,
                                        AMERICAN TOWER CORPORATION,
                                        By its attorneys,

                                         /s/Gregory J. Aceto
                                        Gregory J. Aceto, Esq.
                                         (BBO #558556)
                                        Erin J. Brennan, Esq.
                                         (BBO #660097)
                                        JOHNSON & ACETO, P.C.
                                        67 Batterymarch Street, Suite 400
                                        Boston, MA 02110
Dated:  July 28, 2005                 (617) 728-0888