UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317 WGY

AMERICAN TOWER CORPORATION,
                      Plaintiff,

v.

J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, LTD. and GULF COAST STEEPLEJACK,
                      Defendants.

**PROPOSED ORDER**
_____

After review of Plaintiff's Motion to Deposit Additional Funds into the Registry of the Court, **it is hereby adjudged and ORDERED:**

That Plaintiff deposit additional interpleader funds in the amount of Twenty Thousand Eight Hundred Ninety-Four and 28/100 ($20,894.28) with the Registry of the Court.

_____
Young, C. J., United States District Court

Dated:   July _____, 2005