## Certificate of Service

I, Erin J. Brennan, hereby certify that on this 28th day of July, 2005, I have forwarded a true and correct copy of the following documents:

1)  Plaintiff's Motion to Deposit Additional Funds into the Registry of the Court;
2)  Plaintiff's Motion to Disburse Interpleader Funds;
3)  Proposed Order.Agreement.Judgment;
4)  Proposed Order.Additional Funds;
5)  Proposed Order.Disburse Funds; and
6)  Agreement for Judgment.

via electronic notice to the following:

Denise Chicoine, Esq.
Englander & Chicoine, P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633

John Hause, Esq.
Arnowitz & Goldberg
1208 V.F.W. Parkway, Suite 203
Boston, MA 02132

Andrew C. Gately, Esq.
Gately & Goldman LLP
34 Channing Street
Newton, MA 02458

and via U.S. First Class Mail to the following:

Jason Morgan
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043

/s/ Erin J. Brennan
Erin J. Brennan