UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317 WGY

| |
|---|
| AMERICAN TOWER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, LTD. and GULF COAST STEEPLEJACK,<br>Defendants. |

**PROPOSED ORDER**

After review of Plaintiff's Motion to Disburse Interpleader Funds, **it is hereby adjudged and ORDERED:**

That Sixty-One Thousand Six Hundred Sixty-Six Dollars and 66/100 ($61,666.66) be disbursed to the Defendant Prime Communications, LLC; that Sixty-One Thousand Six Hundred Sixty-Six Dollars and 66/100 ($61,666.66) be disbursed to the Defendants West Central Consulting Services, Inc. and Stewart Electric, Inc. jointly; and that Thirty Thousand Dollars ($30,000.00) be disbursed to the Defendant J.L.B. Construction, Inc.

_William G. Young_
Young, C. J., United States District Court

Dated: July 28, 2005