UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12317

| |
|---|
| AMERICAN TOWER CORPORATION, <br> Plaintiff, <br><br> v. <br><br> J.L.B. CONSTRUCTION, INC., 21ST CAPITAL CORPORATION, PRIME COMMUNICATIONS, LLC, AMF ELECTRICAL CONTRACTORS, INC., HEINZ CORPORATION, DANIEL WENESS CONSTRUCTION, WESTERN STATES TOWER, LLC, WEST CENTRAL CONSULTING SERVICES, INC., STEWART ELECTRIC, INC., GLOBAL TOWER SERVICE, ADVANCED LIGHTNING TECHNOLOGY, LTD. and GULF COAST STEEPLEJACK, <br> Defendants. |

~~PROPOSED~~ ORDER

After review of the Agreement for Judgment executed and filed by Plaintiff American Tower Corporation and Defendants J.L.B. Construction, Inc., 21st Capital Corporation, Prime Communications, LLC, West Central Consulting Services, Inc., and Stewart Electric, Inc., **it is hereby adjudged and ORDERED:**

With regard to count V of the First Amended Complaint, the Interpleader Count, Judgment for the Defendant Prime Communications, LLC in the sum of Sixty-One Thousand Sixty-Six Dollars and sixty-six cents ($61,666.66); Judgment for the Defendants West Central Consulting Services, Inc. and Stewart Electric, Inc. in the

aggregate sum of Sixty-One Thousand Sixty-Six Dollars and sixty-six cents ($61,666.66); and Judgment for the Defendant 21st Capital Corporation in the sum of Thirty Thousand Dollars ($30,000.00). Judgments to be satisfied by distribution of the funds currently escrowed with the Registry of the Court.

With regard to the remaining counts of the First Amended Complaint, all other claims, counterclaims and cross-claims, the aforesaid claims are dismissed with prejudice, without interest or costs, by order of the Court.

*William G. Young*
Young, C. J., United States District Court

Dated: July 28, 2005